UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-01306-JVS-ADS | Date | August 14, 2025 |
| Title | 1915 Panama Pacific Intl Exposition Inc. v. The Panama Pacific International Exposition Organizing Committee | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                                Not Present

**Proceedings:**     **[IN CHAMBERS] Order to Show Cause re Staying Case**

   This lawsuit concerns Plaintiff 1915 Panama Pacific International Exposition, Inc.'s ("Plaintiff") two registered trademarks: "1915 Panama Pacific International Exposition 1915PPIE," registration number 4,838,009, and "Panama Pacific International Exposition," registration number 5,122,689. (Plaintiff's Reply to Statement of Genuine Disputes of Material Fact, ("SGD"), Dkt. No. 52-1, ¶¶ 3–4.) Plaintiff moved for summary judgment as to its claims for trademark infringement, false designation of origin, trademark dilution, false advertising, and unfair competition regarding these two Marks. (Mot., Dkt. No. 47.)

   However, in opposition to this motion, Defendant The Panama Pacific International Exposition Organizing Committee ("Defendant") notified the Court that it filed Petitions for Expungement against Plaintiff's two trademarks, under petition nos. 2025-103231 and 2025-103232. (Opp'n at 11–12.) On July 24, 2025, the United States Patent and Trademark Office (the "PTO") officially instituted expungement proceedings regarding the Marks. (Id. at 12; SGD ¶¶ 3–4; Li Decl., Dkt. No. 50, Exs. 3–4.)

   The outcome of the expungement proceedings is likely to affect the disposition of this case and the pending motion for summary judgment. Consequently, the Court, on its own motion, hereby **ORDERS** the parties to show cause, no later than August 21, 2025, why the Court should not stay the action pending resolution of the PTO's expungement proceedings.

   The Court holds Plaintiff's motion for summary judgment, (Dkt. No. 47), in abeyance pending the Court's decision on the Order to Show Cause.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  8:24-cv-01306-JVS-ADS                               Date  August 14, 2025

Title  1915 Panama Pacific Intl Exposition Inc. v. The Panama Pacific International Exposition Organizing Committee

   **IT IS SO ORDERED.**

The Court **VACATES** the August 18, 2025 hearing.